# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Able Home Health, LLC

                          Plaintiff,

v.                                         Case No.: 1:16–cv–01407
                                                   Honorable Rebecca R. Pallmeyer

Exegete Healthcare International, LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 29, 2016:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's motion to enter and continue Plaintiff's motion for class certification [10] is granted without an appearance. Plaintiff's motion for class certification [7] is entered and continued. Initial status hearing set for 3/24/2016 at 9:00 AM., courtroom 2141. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.