IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, <br> on behalf of plaintiff and <br> the class members defined herein, <br> <br> Plaintiff, <br> <br> v. <br> <br> EXEGETE HEALTHCARE <br> INTERNATIONAL, LLC, <br> and JOHN DOES 1-10, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 16 C 1407 <br> <br> Honorable Judge Pallmeyer <br> Magistrate Judge Cole |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Able Home Health, LLC voluntarily dismisses its individual claims with prejudice and without costs against defendant Exegete Healthcare International, LLC. Plaintiff Able Home Health, LLC voluntarily dismisses its class claims against defendant Exegete Healthcare International, LLC without prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

                  Respectfully submitted,

                  s/ Heather Kolbus
                  Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

**CERTIFICATE OF SERVICE**

  I, Heather Kolbus, certify that on April 22, 2016, I caused a true and accurate copy of the foregoing document to be served, via US Mail, on the following parties:

Exegete Healthcare International, LLC
C/o David A. Tapia, Registered Agent
9335 Regiment Dr.
San Antonio, Texas 78240

               s/ Heather Kolbus
               Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)